UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**MOHAMMAD BABAR,**

    **Plaintiff,**

    v.

**SCREENING REPORTS, INC.,**

    **Defendant.**

Civ. No. 2:14-1310 (WJM)

**ORDER**

    **THIS MATTER** comes before the Court on Defendant's motion to dismiss; for the reasons set forth in the accompanying opinion; and for good cause appearing;

    **IT IS** on this 21st day of April 2014, hereby,

    **ORDERED** that Defendant's motion is **GRANTED**; and it is further

    **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

                        /s/ William J. Martini
                        **WILLIAM J. MARTINI, U.S.D.J.**